```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DENNIS MCCONKEY,                                                  :
:
:
                              Plaintiff,                          :
:     24-cv-06091 (LJL)
         -v-                                                      :
:         ORDER
:
THE CHURCHILL SCHOOL AND CENTER,                                  :
:
                              Defendant.                          :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This Order further documents the Court's rulings on October 21, 2025.

      The parties' request for an extension of the deadline for completion of fact discovery is GRANTED.  The deadline for completion of fact discovery will be November 21, 2025.

      The parties shall file any motion for summary judgment no later than January 30, 2026.  Plaintiff shall file any motion regarding spoliation no later than January 30, 2026.  The parties shall file a joint pre-trial order by April 17, 2026.

      Trial is scheduled for July 20, 2026 at 9:00am in Courtroom 15C before Judge Lewis J. Liman.  The final pre-trial conference is scheduled for July 15, 2026 at 2:00pm in Courtroom 15C.

      As stated during the conference on October 21, 2025, Defendant is ordered to provide all contact information, including phone number and email address, for third-party witness Ashley Greene to Plaintiff.

      SO ORDERED.

Dated: October 22, 2025
      New York, New York

                                                         LEWIS J. LIMAN
                                                        United States District Judge