**BOND** SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

January 12, 2026

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> Re:    *Dennis McConkey v. The Churchill School and Center*
> *Civil Action No: 1:24-cv-06091*

Dear Judge Liman:

Please be advised that we represent the Defendant in the above-captioned action. We write jointly on behalf of the Parties, with the consent of Plaintiff's counsel.

It has been stipulated by and between the Parties that the briefing schedule for Defendant's summary judgment motion and Plaintiff's spoilation motion be extended as follows:

1. All principal motion briefs shall be filed by February 20, 2026;

2. Opposition papers to motions shall be filed by March 20, 2026; and

3. Reply papers to motions shall be filed by April 3, 2026.

4. The Parties further stipulate that principal briefs shall not exceed 35 pages and reply briefs shall not exceed 20 pages.

Under the current schedule, the Parties' motions are due on or before January 30, 2026, opposition papers are due by February 13, 2026, and reply papers are due by February 23, 2026. The Parties respectfully request this extension due to personal family matters affecting Defendant's counsel and Plaintiff's counsel's reasonable request for additional time to prepare opposition papers in view of the voluminous document production and extensive deposition transcript record in this case.

This is the Parties' first stipulation regarding an extension. This matter is scheduled to appear next for a final pre-trial conference on July 15, 2026.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Attorneys At Law | A Professional Limited Liability Company

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

Samuel G. Dobre

**SO ORDERED**

Hon. Lewis J. Liman

January 13, 2026

cc:    Anne L. Clark, Esq.
       Brandon White, Esq.