# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DENNIS MCCONKEY,

                      Plaintiff,                     24 **CIVIL** 6091 (LJL)

            -against-                      **<u>JUDGMENT</u>**

THE CHURCHILL SCHOOL AND CENTER,

                      Defendants.

-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 13, 2026, Plaintiff's motion for sanctions is DENIED and Defendant's motion for leave to file an answer is GRANTED IN PART and DENIED IN PART. Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        May 14, 2026

                                      **TAMMI M. HELLWIG**

                                     **Clerk of Court**

               **BY:**           _____

                                **Deputy Clerk**